978 So.2d 370 (2008)
ORGERON INVESTMENTS, L.L.C.
v.
Donald MELANCON and Emily Melancon
Donald Melancon and Emily Melancon
v.
Orgeron Investments, L.L.C. and Lee Orgeron.
No. 2008-C-0543.
Supreme Court of Louisiana.
April 25, 2008.
In re Melancon, Donald et al.; Melancon, Emily;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Lafourche, 17th Judicial District Court Div. B, Nos. 101753, 102348; to the Court of Appeal, First Circuit, No(s). 2007-CA-1343, 2007-CA-1342.
Denied.
WEIMER, J., recused.